## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

K.H., A MINOR, BY HIS PARENT AND NATURAL GUARDIAN, H.S., AND PARENT AND GUARDIAN, E.H.

            v.

SHAKTHI M. KUMAR, M.D.,YVONNE SIWEK, M.D., LANCASTER PEDIATRIC ASSOCIATES, LTD., DONALD D. DIVERIO, JR., D.O., AO ORTHOPEDICS, INC., VINCENT R. AVALLONE, JR., D.O., JULIE A. MACK, M.D., GENE C. SMIGOCKI, M.D., LANCASTER RADIOLOGY ASSOCIATES, LTD., THE LANCASTER GENERAL HOSPITAL, ATILLA G. DEVENYI, M.D., REGIONAL GASTROENTEROLOGY ASSOCIATES OF LANCASTER, LTD.

PETITION OF: ATTILA G. DEVENYI, M.D.

: No. 907 MAL 2015
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court

---

K.H., A MINOR, BY HIS PARENT AND NATURAL GUARDIAN, H.S., AND PARENT AND GUARDIAN, E.H.

            v.

SHAKTHI M. KUMAR, M.D.,YVONNE SIWEK, M.D., LANCASTER PEDIATRIC ASSOCIATES, LTD., DONALD D. DIVERIO, JR., D.O., AO ORTHOPEDICS, INC., VINCENT R. AVALLONE, JR., D.O., JULIE A. MACK, M.D., GENE C. SMIGOCKI, M.D., LANCASTER RADIOLOGY ASSOCIATES, LTD., THE LANCASTER GENERAL HOSPITAL, ATILLA G. DEVENYI, M.D., REGIONAL GASTROENTEROLOGY ASSOCIATES

: No. 908 MAL 2015
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court

OF LANCASTER, LTD.                          :
                                            :
                                            :
                                            :
PETITION OF:  DONALD D. DIVERIO,            :
JR., D.O., VINCENT R. AVALLONE, JR.,        :
D.O. AND AO ORTHOPEDICS, GENE C.            :
SMIGOCKI, M.D., YVONNE SIWEK, M.D.,         :
SHAKTHI M. KUMAR, M.D., LANCASTER           :
PEDIATRIC ASSOCIATES, LTD., THE             :
LANCASTER GENERAL  HOSPITAL,                :
JULIE A. MACK, M.D., LANCASTER              :
RADIOLOGY ASSOCIATES, LTD.                  :
                                            :
                                            :

## ORDER


**PER CURIAM**

    **AND NOW**, this 24th day of March, 2016, the Petition for Allowance of Appeal is

**DENIED**.

    Justice Wecht did not participate in the consideration or decision of this matter.